**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| SIAMAK LOGHMANI | Case No. 18-10781-KHK |
| Debtor | |

**OBJECTION TO CONFIRMATION OF PLAN,**
**NOTICE OF OBJECTION TO CONFIRMATION OF PLAN**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS OBJECTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this objection to confirmation of your Chapter 13 Plan filed March 27, 2018.  The cause for this objection is as follows:

**Violation of 11 U.S.C. §1325(a)(6)** - Feasibility.
- Debtor has no verifiable income.
- 0% Plan is underfunded as follows due to high filed Internal Revenue Service claim (Claim #2):

**PERFORMANCE**

| | | |
|---|---:|---|
| Amount of Plan Payment | 2,580.00 | |
| Number of Months | 60 | |
| **Total Receipts** | 154,800.00 | |
| **Disbursements Required** | | |
| Trustee | 14,782.69 | 10.00% |
| Attorney | 2,500.00 | |
| Taxes/Other Priority | 8,700.96 | |
| Secured | 136,625.93 | |
| Unsecured | 0.00 | 41,230.29X0% |
| Other | | |
| **Total Disbursements** | 162,609.58 | |

**Violation of 11 U.S.C. §1325(a)(3) and 11 U.S.C. §1325(b)(1)(B)** - Good Faith and Disposable Income.
- Form 122C-1 and Statement of Financial Affairs are inconsistent as to Debtor's marital status.

**Notice of Objection to Confirmation**
Siamak Loghmani, Case # 18-10781-KHK

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to the persons listed below.

***Attend the hearing to be held on May 10, 2018 at 9:30 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste, 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: _April 24, 2018_____          __/s/Thomas P. Gorman _____
                                    Thomas P. Gorman
                                    Chapter 13 Trustee
                                    300 N. Washington Street, #400
                                    Alexandria, VA 22314
                                    (703) 836-2226
                                    VSB 26421

**Notice of Objection to Confirmation**
Siamak Loghmani, Case # 18-10781-KHK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24th day of April, 2018, served via ECF to authorized users or mailed a true copy of the foregoing Objection to Confirmation, Notice of Objection and Notice of Hearing to the following parties.

| | |
|---|---|
| Siamak Loghmani | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 4801 Christie Jane Lane | Fisher-sandler, Llc |
| Fairfax, VA 22030 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

    __/s/ Thomas P. Gorman_____
    Thomas P. Gorman