**UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>SIAMAK LOGHMANI<br>　　　　　　　　　　Debtor<br>Deutsche Bank Trust Company/<br>Nationstar Mortgage d/b/a Mr, Cooper<br>　　　　　　　　　　Plaintiff<br><br>　　　v.<br><br>Siamak Loghmani<br>and<br>Thomas P. Gorman, Trustee, | Chapter 13<br><br>Case No. <u>18-10781-KHK</u> |

**ANSWER AND REPORT OF TRUSTEE
TO RELIEF FROM STAY MOTION**

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)　　The Plan of this Chapter 13 Case is not yet confirmed by the Court.

(2)　　No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

(3)　　A periodic report of the accounts of this Chapter 13 case is attached for reference by the parties to this action and the Court; that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

ANSWER & REPORT OF TRUSTEE, PAGE 2
CASE #18-10781-KHK

      AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:   May 30, 2018                                  ___/s/ Thomas P. Gorman_____
                                                                          Thomas P. Gorman
                                                                          Chapter 13 Trustee
                                                                          300 N. Washington Street, Ste. 400
                                                                          Alexandria, VA 22314
                                                                          (703) 836-2226
                                                                          VSB 26421

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 30th day of May, 2018.

                                                                     ____/s/ Thomas P. Gorman_____
                                                                      Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/30/2018

CASE NO: 18-10781-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2986
LOGHMANI, SIAMAK
AKA:
4801 CHRISTIE JANE LANE
FAIRFAX, VA 22030

SCHEDULE: 2,580.00 MONTHLY
TOTAL PAID: 2,580.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 03/30/18 | PC | 2,280.00 |
| 03/28/18 | PC | 300.00 |

DATE FILED: 03/06/2018
CONFIRMED:
LATEST 341: 04/03/2018
PERCENTAGE: .000
PLAN: 60 MONTHS
1st PAYMENT DUE: 04/2018
ON SCHEDULE: 2,580.00
ACTUAL PAYMENTS: 2,580.00
AMOUNT BEHIND: 0.00

ATTORNEY: NATHAN FISHER, ESQ.
FISHER-SANDLER, LLC
3977 CHAIN BRIDGE RD. #2
FAIRFAX, VA 22030
Phone:703 691-1642 Fax: 703 691-0192

Needed to Complete Base:
BASE: 154,800.00
       152,220.00

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 347321 | NATIONSTAR MORTGAGE D/B/A MR COO / HIGH FILED CLAIM | FIX | SEC / 100.00 | | 4,110.36 / 4,110.36 | 246,621.80 / 125,000.00 | 246,621.80 / 246,621.80 | 0.00 / 0.00 | 246,621.80 / 0.00 |
| 002 | 340128 | SPECIALIZED LOAN SERVICING LLC | FIX | SEC / 100.00 | | 193.77 / 193.77 | 11,625.93 / 11,800.00 | 11,625.93 / 11,625.93 | 0.00 / 0.00 | 11,625.93 / 0.00 |
| 003 | 346459 | NORTHWEST FEDERAL CREDIT UNION / NO ARREARS PER PLAN | FIX-A | SEC / 100.00 | | 11.90 / 11.90 | 713.96 / 0.00 | 713.96 / 713.96 | 0.00 / 0.00 | 713.96 / 0.00 |
| 004 | LVNV | LVNV FUNDING LLC. / CAP ONE | PRO | UNS / 0.00 | | 0.00 / 0.00 | 7,794.39 / 1,200.00 | 7,794.39 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 005 | 338827 | MIDLAND FUNDING LLC / CAP ONE | PRO | UNS / 0.00 | | 0.00 / 0.00 | 900.98 / 850.00 | 900.98 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 006 | 343622 | CASHNET | PRO | UNS / 0.00 | | 0.00 / 0.00 | 0.00 / 850.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 007 | 343612 | JEFFERSON CAPITAL SYSTEMS, LLC | PRO | UNS / 0.00 | | 0.00 / 0.00 | 409.99 / 450.00 | 409.99 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 008 | IRS* | INTERNAL REVENUE SERVICE | PRO | UNS / 0.00 | | 0.00 / 0.00 | 7,880.29 / 9,800.00 | 7,880.29 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 008 | IRS* | INTERNAL REVENUE SERVICE | PRO | PRI / 100.00 | | 0.00 / 0.00 | 8,700.96 / 0.00 | 8,700.96 / 8,700.96 | 0.00 / 0.00 | 8,700.96 / 0.00 |
| 009 | 335219 | LENDING CLUB CORPORATION | PRO | UNS / 0.00 | | 0.00 / 0.00 | 6,539.87 / 6,800.00 | 6,539.87 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 010 | 346459 | NORTHWEST FEDERAL CREDIT UNION | PRO | UNS / 0.00 | | 0.00 / 0.00 | 974.30 / 1,000.00 | 974.30 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 011 | 348123 | HEATHERBROOKE HOA / LISTED U/S CLAIM FILED PART S/C | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 457.80 / 7,000.00 | 457.80 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 011 | 348123 | HEATHERBROOKE HOA / LISTED U/S CLAIM FILED PART S/C | FIX-A | SEC / 100.00 | | 148.95 / 0.00 | 8,936.66 / 0.00 | 8,936.66 / 8,936.66 | 0.00 / 0.00 | 8,936.66 / 0.00 |
| 012 | VATAX | VIRGINIA DEPT. OF TAXATION | PRO | PRI / 100.00 | | 0.00 / 0.00 | 0.00 / 15,200.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed / 0.00 |
| 013 | 346459 | NORTHWEST FEDERAL CREDIT UNION / UNLISTED | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 558.50 / 0.00 | 558.50 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 014 | LVNV | LVNV FUNDING LLC. / UNLISTED - JC PENNEY | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 1,701.50 / 0.00 | 1,701.50 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 015 | LVNV | LVNV FUNDING LLC. / UNLISTED - CREDIT ONE BANK | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 1,611.93 / 0.00 | 1,611.93 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 016 | 338827 | MIDLAND FUNDING LLC / UNLISTED - CAP ONE | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 1,167.50 / 0.00 | 1,167.50 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 017 | 321970 | MERRICK BANK / UNLISTED | PRO-A | UNS / 0.00 | | 0.00 / 0.00 | 4,543.67 / 0.00 | 4,543.67 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.

Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/30/2018

CASE NO: 18-10781-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2986
LOGHMANI, SIAMAK

SCHEDULE:    2,580.00 MONTHLY

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | FISHER | NATHAN FISHER, ESQ. | PRO | ATY 100.00 | | 0.00 0.00 | 3,500.00 3,500.00 | 2,500.00 2,500.00 | 0.00 0.00 | 2,500.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 175.44 | 175.44 | |
| | | | | | TOTALS: | 4,464.98 4,316.03 | 314,640.03 183,450.00 | 313,815.47 279,274.75 | 175.44 0.00 | 279,099.31 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 3,500.00 | 15,200.00 | 136,800.00 | 27,950.00 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,500.00 | 8,700.96 | 267,898.35 | 0.00 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,500.00 | 8,700.96 | 267,898.35 | 0.00 | 0.00 | DUE CREDITORS: | 279,099.31 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 20,188.03 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 2,404.56 |
| BALANCE DUE: | 0.00 | 2,500.00 | 8,700.96 | 267,898.35 | 0.00 | 0.00 | APPROX BALANCE: | 296,882.78 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                                                                Case Maintenance 10.5