United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| In Re:<br>SIAMAK LOGHMANI<br>　　　Debtor | BCN#: 18-10781-KHK<br>Chapter: 13 |

DEUTSCHE BANK TRUST COMPANY
AMERICAS, AS TRUSTEE FOR
RESIDENTIAL ACCREDIT LOANS, INC.,
MORTGAGE ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES
2006-QO6
　　　Movant/Secured Creditor,
v.
Siamak Loghmani
　　　Debtor
and
Thomas P. Gorman
　　　Trustee
　　　Respondents

### Order Granting Relief From Stay

Upon consideration of the motion of DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QO6 to modify the automatic stay; it is

Ordered that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant to

Gregory N. Britto, Esquire
VSB #23476
William M. Savage, Esquire
VSB #26155
Malcolm B. Savage, III, Esquire
VSB #91050
Thomas J. Gartner, Esquire
VSB #79340
Mary F. Balthasar Lake, Esquire
VSB #34899
Leonard C. Tengco, Esquire
VSB #76395
Shapiro & Brown, LLP
501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320
(703) 449-5800
16-262114

enforce the lien of its deed of trust as it pertains to the real property located at 4801 Christie Jane Ln, Fairfax, VA 22030, and is more particularly described as follows:

> LOT 74, HEATHERBROOK, AS THE SAME IS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 13364, PAGE 1020, AMONG THE LAND RECORDS ON FAIRFAX COUNTY, VIRGINIA.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

Jul 6 2018
_____
Date

/s/ Klinette Kindred
_____
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Notice of Judgment or
Order Entered on Docket _____ July 9, 2018

I ask for this:

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Leonard C. Tengco, Esquire
Counsel for Movant

I certify that I have served the proposed Order upon all necessary parties to the action by first class mail, postage prepaid, on the 29th day of June, 2018.

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Leonard C. Tengco, Esquire
Counsel for Movant

   Copies are to be sent to:

Shapiro & Brown, LLP

501 Independence Parkway, Suite 203
Chesapeake, Virginia 23320

Nathan A Fisher
Fisher-Sandler, LLC
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Siamak Loghmani
4801 Christie Jane Ln
Fairfax, VA 22030

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Leonard C. Tengco, Esquire
Attorney for Movant

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ Malcolm B. Savage, III
Gregory N. Britto, Esquire
Malcolm B. Savage, III, Esquire
William M. Savage, Esquire
Thomas J. Gartner, Esquire
Mary F. Balthasar Lake, Esquire
Leonard C. Tengco, Esquire
Attorney for Movant

16-262114