# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

Siamak Loghmani                              Case No. 18-10781-KHK
                                             (Chapter 13)
    Debtor

## **ORDER**

This matter is before the Court pursuant to the Order Denying Confirmation (Docket Entry 19) entered May 10, 2018 providing that the debtor's case would be dismissed unless, within 21 days, the debtor(s) took action under Local Bankruptcy Rule 3015-2.

It appears that the Debtor has not taken such action within the time given, it is therefore,

ORDERED,

1. Pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed.

2. Dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

3. The Debtor is advised that he has 14 days within which to note an appeal of this Order.

4. The Clerk shall provide a copy of this order and electronic notice of its entry to the parties listed below.

Date: Jul 16 2018

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: July 16, 2018

Copy electronically to:
Thomas P. Gorman

Copy mailed to:
Labkhand Aguilar, *Pro se Debtor*
43172 Tall Pines Court
Ashburn, VA 20147